IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES LEE DORSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-02202 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| SHERWIN MILES and | ) | |
| WENDY DYBAS, R.N., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    By order dated 10/22/2024 [104], this Court referred Plaintiff's motion for order of default [107] to the magistrate judge for a report and recommendation. Plaintiff's motion sought entry of default judgment against Defendant Miles or, alternatively, an award of attorney's fees based on what Plaintiff described as Defendant Miles's "willful and contemptuous" disregard for the magistrate judge's discovery orders. At a status hearing on 11/20/2024 [118], the magistrate judge made its report and recommendation that Plaintiff's motion be denied. At the same time, the magistrate judge advised the parties that if they wished to object to the report and recommendation, they must order the transcript of the hearing and file objections within fourteen (14) days. *See* Fed. R. Civ. P. 72(b)(2). Neither party ordered the transcript and neither party filed any objections. With this Order, and having reviewed the parties' briefing and the record, the district judge adopts and accepts the recommended disposition and denies Plaintiff's request for discovery sanctions.

Dated: September 27, 2025

                                                                                       Andrea R. Wood
                                                                                       United States District Judge